People v Quiles (2026 NY Slip Op 00098)

People v Quiles

2026 NY Slip Op 00098

Decided on January 13, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 13, 2026

Before: Manzanet-Daniels, J.P., Kapnick, Rosado, Michael, Hagler, JJ. 

SCI No. 1536/18|Appeal No. 5587|Case No. 2018-4269|

[*1]The People of the State of New York, Respondent,
vFranklin Quiles, Appellant.

Twyla Carter, The Legal Aid Society, New York (DÉsirÉe Sheridan of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Mallory Kathryn Phelps of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Kevin B. McGrath, Jr., J.), rendered September 20, 2018,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 13, 2026
Counsel for appellant is referred to
§ 606.5, Rules of the Appellate Division,
First Department.